# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

```
CEDRIC L. KING,                )
                               )
     Movant,                   )
                               )    CV 523-030
v.                             )    (CR 517-005)
                               )
UNITED STATES OF AMERICA,      )
                               )
     Respondent.               )
```

**ORDER**

Before the Court is Movant Cedric King's motion for a certificate of appealability. Dkt. No. 924.[1]

Previously this Court adopted the Magistrate Judge's Report and Recommendation, which advised that Movant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence be dismissed and that any motion for a certificate of appealability be denied. Dkt. Nos. 902, 903. Judgment was entered on July 17, 2024. Dkt. No. 904. Movant filed late objections to the Report and Recommendation, dkt. no. 905, and the Court ultimately overruled those objections on October 25, 2024, dkt. no. 923. Movant now requests the Court grant him a certificate of appealability. Dkt. No. 924. The Court affirms its prior ruling and **DENIES** Movant's request.

---

[1] Docket references are to the criminal case, No. CR 517-005.

**SO ORDERED**, this __21__ day of November, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA